UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA BANKS-REED, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No. 23-cv-04200-TSH<br><br>**ORDER TO SHOW CAUSE** |

　　　　Pending before the Court is Defendant United States of America's Motion to Dismiss. ECF No. 41. Plaintiffs have failed to file an opposition in compliance with Civil Local Rule 7.

　　　　The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-33 (1962). Accordingly, the Court hereby **VACATES** the July 11, 2024 noticed hearing date and **ORDERS** Plaintiffs to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiffs shall file a declaration by May 15, 2024 and simultaneously file either an opposition in compliance with Civil Local Rule 7-3(a) or a statement of nonopposition in compliance with Local Rule 7-3(b). If Plaintiffs file an opposition, Defendant may file any reply by May 22, 2024.

　　　　<u>Notice is hereby provided that failure to file a written response will be deemed an admission that you do not intend to prosecute, and this case will likely be dismissed</u>. Thus, it is imperative the Court receive a written response by the deadline above.

　　　　**IT IS SO ORDERED.**

Dated: April 30, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge